[No. 11880-1-III.   Division Three.   December 10, 1992.]

CELIA FARRARE, *Appellant*, v. THE CITY
OF PASCO, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 91-2-50110-9, Dennis D. Yule, J., entered September 12, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Sweeney, J. Now published at 68 Wn. App. 459.

[No. 11355-8-III.   Division Three.   December 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. KIP DWAYNE
KEITH, *Appellant*.

Appeal from a judgment of the Superior Court for Columbia County, No. 89-1-00032-0, John M. Lyden, J., entered January 3, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 11814-2-III.   Division Three.   December 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN E.
CAMERON, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 91-1-00020-7, Evan E. Sperline, J., entered June 28, 1991. *Affirmed* by unpublished opinion per Ripple, J. Pro Tem., concurred in by Sweeney, J., and Gavin, J. Pro Tem.